No. 690. VAN GILDER *v.* AMERICAN SURETY CO. OF NEW YORK. February 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Joseph W. Planck* for petitioner.

*Mr. Clayton F. Jennings* for respondent.

